UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDWIN PANTOJA | : | |
| **Plaintiff** | : | Civil Action No. 07-5113(SRC) |
| v. | : | |
| CITY OF HOBOKEN, et al. | : | |
| **Defendants** | : | |
| GARDEN STATE MUNICIPAL JOINT INSURANCE FUND, | : | |
| **Plaintiff,** | : | Civil Action No. 10-2036 (KSH) |
| v. | : | |
| ACE ILLINOIS UNION INSURANCE COMPANY, ET AL., | : | |
| **Defendants.** | : | |

## ORDER ON INFORMAL APPLICATION

This matter having come before the Court for the purpose of placing a resolution of these

matters on the record;

and it appearing that an issue has arisen concerning the scope of the release for claims

other than those lodged in this case, that defendant Andriani is willing to provide;

and the Court directing that defendant Andriani appear, together with his counsel and the

plaintiffs and all counsel to address this issue so that it can facilitate an expeditious resolution of

these matters;

and to further expedite the resolution, the parties representing that they will draft

proposed language to resolve all aspects of this, including a proposed release;

and for the reasons discussed on January 7, 2011;

IT IS ON THIS 7th day of January, 2011

ORDERED that there shall be a hearing on **January 25, 2011 at 3:00 p.m.** regarding a resolution of the above-captioned matters.  Trial counsel for all parties, the plaintiffs, and defendant Andriatti are required to appear in-person at the hearing.  The Court will not entertain adjournment requests after January 11, 2011.  Failure to appear will be deemed as a waiver of the right to complain about the terms of the settlement.  Defendant Andriani shall appear with any and all attorneys who represent him; and

IT IS FURTHER ORDERED that the January 27, 2011 Rule 16 conference in Civ. No. 10-2036 is adjourned and the obligations set forth in the Order dated October 1, 2011 are stayed and will be reimposed if the case is not resolved on January 25, 2011;

IT IS FURTHER ORDERED that the return date for the motion for summary judgment in Civ. No. 07-5113 is adjourned until **March 7, 2011** and if the case is not resolved, then the opposition and reply briefs shall be submitted no later than **February 16, 2011** and **February 28, 2011**, respectively; and

IT IS FURTHER ORDERED that counsel for defendant Andriani shall provide defendant Andriani with a copy of this Order.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**