# Ginarte O'Dwyer González Gallardo & Winograd LLP.

JOSEPH A. GINARTE∗
JOHN D. O'DWYER
RICHARD M. WINOGRAD 1◻
MANUEL GONZALEZ
MICHAEL A. GALLARDO ◻
BARRY D. WEIN
ELLEN RADIN 2
ALON SOLON ◻
WALTER J. CURTIS
MARK MAURER ◻
ADAM J. KLEINFELDT ◻ 2
LEWIS ROSENBERG ◊ 2
ANTONIO L. CRUZ 2
CHRISTOPHER PEREZ ◻
CHAREN KIM +
THAILARY LIM +
STUART L. KITCHNER +
MATTHEW S. SCHOEN ◻
REX ZACHOFSKY + 2
MOISES APSAN ◻ 2
JESUS J. PEÑA 2
SCOTT A. MALYSO ◻

ATTORNEYS AT LAW
GINARTE PROFESSIONAL BUILDING
400 MARKET STREET
NEWARK, NJ 07105
973-854-8400

**Direct Dial**
(973) 854-8491
FAX: (973) 643-1857

WWW.GINARTE.COM

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY

1 CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
2 OF COUNSEL
+ ADMITTED TO NY
◻ ADMITTED TO NJ & NY
∗ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA

ROGER GUARDA
CLAIMS MGR.

January 24, 2011

Hon. Mag. Patty Shwartz
United States District Court
50 Walnut Street
U.S. Post Office & Courthouse
Newark, NJ 07102

   Re: Pantoja v. City of Hoboken, et al; Docket No. 07-cv-5113 (SRC)(MAS);

     **Garden State Mun. Joint Ins. Fund v. ACE Illinois Union Ins. Co., et al; Docket No. 10-cv-02036 (KSH)(PAS)**

Your Honor:

This firm represents the Plaintiffs in the Pantoja matter referenced above. I am in receipt of an email from Mr. Sciarra (received this afternoon) concerning his client, Mr. Andriani, and confirming that Mr. Andriani has agreed to waive any and all claims he has or may have against the Plaintiffs in the Pantoja matter, in exchange for a release of any and all claims said Plaintiffs had or may have against him.

On the condition that Mr. Andriani in fact has agreed to enter into a settlement agreement with a provision providing a global release of any and all claims he has against the Plaintiffs in the Pantoja matter, we take no position with the fact that Mr. Andriani will not attend the hearing tomorrow. However, we respectfully request that the Court order that Mr. Andriani be made telephonically available during the hearing tomorrow, so that the Court can directly speak with him to resolve any ambiguities that may arise and/or to record his consent and agreement to a provision releasing Plaintiffs from any and all claims he had or may have against Plaintiffs (up to the execution of an agreement between them).

                 Respectfully submitted,

                  */s/ Adam J. Kleinfeldt*

                  Adam J. Kleinfeldt

cc: All counsel of record via electronic filing.
    Robert E. Levy, Esq.
    John Harrington, Esq.
    Charles Sciarra, Esq.
    Gerald Miller, Esq.