# SCARINCI HOLLENBECK

Lyndhurst | Wall | New York

**ROBERT E. LEVY**, Partner
Certified Civil and Criminal Trial Attorney
rlevy@scarincihollenbeck.com
Direct Phone: 201-623-1202   Direct Fax: 201-806-3495

April 12, 2011

***VIA ELECTRONIC FILING AND REGULAR MAIL***

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg & Cthse.
50 Walnut Street
Newark, NJ 07102

Hon. Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Frank R. Lautenberg United States Post Office
and Courthouse Building, Room 477
P.O. Box 999
Newark, NJ 07101

Re:   **Pantoja v. City of Hoboken, et al.**
      **Civil Action No.: 07-5113**
      **Our File No. 10324.6000**

      **GSMJIF, et al. v. Ace Illinois Union Insurance, et al.**
      **Civil Action No. 10-2036 (KSH)**

Dear Magistrate Shipp and Magistrate Shwartz:

I am writing to advise you of the status of the settlement process in the above-captioned matter.

The City of Hoboken will be presenting the Pantoja settlement document to the City Council for approval after it receives a fully executed copy from the other parties. I understand that the Plaintiffs have executed the settlement document.

The Pantoja settlement document was forwarded to Defendant Andriani for signature approximately three weeks ago. My inquires to Mr. Sciarra as to when I could expected an executed copy was responded to by the statement that Mr. Andriani has the document. As of today's date I have not received an executed copy

The settlement document was forwarded to former Hoboken Mayor David Roberts for signature. After some delay and hesitation, last week his attorney advised my office that he had recommended to Mr. Roberts that he execute the document. We have followed up with Mr. Roberts this week, but he has not yet executed the document.

{00616530.DOC}

April 12, 2011
Page 2

I have not yet received an executed settlement agreement relating to the settlement among the carriers.

At this juncture I would recommend that the Court schedule a conference to ascertain whether and when Mr. Andriani and Mr. Roberts will be executing the agreement. I expect Mr. Roberts to execute the agreement shortly, but I have no further information concerning Mr. Andriani.

Respectfully submitted.

*s/ Robert E. Levy*

ROBERT E. LEVY
For the Firm
REL/rel
cc:    Adam J. Kleinfeldt, Esq. – via electronic filing only
        Charles J. Sciarra, Esq. – via electronic mail only
        Arthur R. Thibault, Jr., Esq. – via electronic filing
        Aileen F. Droughton, Esq. – via electronic filing
        Anthony J. Zarillo, Jr, Esq. – via electronic filing
        Gary Potters, Esq. – via electronic filing
        Jeffrey W. Dillon, Esq. – via electronic filing
        Meryl Lieberman, Esq. – via electronic mail only
        Copernicus Gaza, Esq. – via electronic mail only
        Lahr, Gregory, Esq. – via electronic mail only
        Stephen Tyler, Esq. – via electronic mail only
        James Renner, Esq. – via electronic mail only
        Mark Tabakin, Esq. – via electronic mail only