# SCARINCI HOLLENBECK

Lyndhurst | Wall | New York

ROBERT E. LEVY, Partner
Certified Civil and Criminal Trial Attorney
rlevy@scarincihollenbeck.com
Direct Phone: 201-623-1202   Direct Fax: 201-806-3495

April 15, 2011

*VIA ELECTRONIC FILING AND REGULAR MAIL*

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg & Cthse.
50 Walnut Street
Newark, NJ 07102

Hon. Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Frank R. Lautenberg United States Post Office
and Courthouse Building, Room 477
P.O. Box 999
Newark, NJ 07101

Re: **Pantoja v. City of Hoboken, et al.**
    Civil Action No.: 07-5113
    Our File No. 10324.6000

    **GSMJIF, et al. v. Ace Illinois Union Insurance, et al.**
    Civil Action No. 10-2036 (KSH)

Dear Magistrate Shipp and Magistrate Shwartz:

Please accept the foregoing as the follow-up to my April 12, 2011 correspondence. Former Mayor Roberts has executed the underlying settlement document. Therefore, he will not be required to participate in the April 20, 2011 conference call. As of the date this writing, we have not yet received Mr. Andriani's signature. Upon Mr. Andriani's execution of the settlement document, it will be present to the Council for the City of Hoboken for its approval, after which it will be executed by the appropriate City officials.

{00617406.DOC}

April 15, 2011
Page 2

Thank you for your courtesies and attention to this matter.

Respectfully submitted.

*s/ Robert E. Levy*

ROBERT E. LEVY
For the Firm
REL/aka

cc: Adam J. Kleinfeldt, Esq. – via electronic filing only
 Charles J. Sciarra, Esq. – via electronic mail only
 Arthur R. Thibault, Jr., Esq. – via electronic filing
 Aileen F. Droughton, Esq. – via electronic filing
 Anthony J. Zarillo, Jr, Esq. – via electronic filing
 Gary Potters, Esq. – via electronic filing
 Jeffrey W. Dillon, Esq. – via electronic filing
 Meryl Lieberman, Esq. – via electronic mail only
 Copernicus Gaza, Esq. – via electronic mail only
 Lahr, Gregory, Esq. – via electronic mail only
 Stephen Tyler, Esq. – via electronic mail only
 James Renner, Esq. – via electronic mail only
 Mark Tabakin, Esq. – via electronic mail only

{00617406.DOC}  SCARINCI HOLLENBECK