Law Offices
# SCIARRA & CATRAMBONE, L.L.C.

A Limited Liability Company
1130 Clifton Avenue - Suite #3

| | | |
|---|---|---|
| Charles J. Sciarra* | Clifton, New Jersey 07013 | New York Office |
| Jeffrey D. Catrambone* | Tel: 973-242-2442 | The Woolworth Building |
| Matthew R. Curran | Fax: 973-242-3118 | 233 Broadway 18th Floor |
| | www.sciarralaw.com | 212-406-1700 |

Of Counsel
Cathie Perselay Seidman*
Alan Serrins **
*Admitted NJ & NY Bars
**Admitted NY Bar

April 18, 2011

***Via E.C.F.***

Honorable Patty Shwartz, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O. and Courthouse
1 Federal Square, Courtroom 010
Newark, NJ 07109

   **Re:   Sergeant Edwin Pantoja, *et al.* v.
          City of Hoboken, *et al.*
          Civil Action No.: 07-5113 (SRC)(MAS)
          Our File No.:07-178**

Dear Magistrate Shwartz:

   I am aware that Your Honor has scheduled Wednesday April 20, 2011 at 9:30 am for a telephone conference in the above referenced matter. My client has been apprised of the Settlement Agreement and is fully aware of my advice and the advice of Mr. Harrington that he execute it. Notwithstanding same he seeks to be heard on the issue and, I anticipate, all issues. I bring this to your attention in the run up to the conference on Wednesday April 20, 2011. By copy of this letter I am providing my client's cell phone number 973-220-9461 as well as my own cell phone number 201-306-6943 to the parties responsible for setting up the conference call.

   I thank the Court for its attention and courtesy.

                                    Respectfully,
                                    **Sciarra & Catrambone, L.L.C.**

                              By:   *Charles J. Sciarra/s/*
                                    Charles J. Sciarra

CJS:mf
cc:   All Counsel *(Via E.C.F.)*