# SCARINCI HOLLENBECK

Lyndhurst | Wall | New York

ROBERT E. LEVY, Partner
Certified Civil and Criminal Trial Attorney
rlevy@scarincihollenbeck.com
Direct Phone: 201-623-1202   Direct Fax: 201-806-3495

April 15, 2011

*VIA ELECTRONIC FILING AND REGULAR MAIL*

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg & Cthse.
50 Walnut Street
Newark, NJ 07102

Hon. Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Frank R. Lautenberg United States Post Office
and Courthouse Building, Room 477
P.O. Box 999
Newark, NJ 07101

Re:   Pantoja v. City of Hoboken, et al.
      Civil Action No.: 07-5113
      Our File No. 10324.6000

      GSMJIF, et al. v. Ace Illinois Union Insurance, et al.
      Civil Action No. 10-2036 (KSH)

Dear Magistrate Shipp and Magistrate Shwartz:

Please accept the foregoing as the follow-up to my April 12, 2011 correspondence. Former Mayor Roberts has executed the underlying settlement document. Therefore, he will not be required to participate in the April 20, 2011 conference call. As of the date this writing, we have not yet received Mr. Andriani's signature. Upon Mr. Andriani's execution of the settlement document, it will be present to the Council for the City of Hoboken for its approval, after which it will be executed by the appropriate City officials.

*Handwritten order:* It is on this 15th day of April, 2011 Ordered that Based upon the representation that Mr. Roberts has executed the settlement agreement, he is excused from the April 20, 2011 Conference.

*/s/ Patty Shwartz*
Hon. Patty Shwartz

{00617406.DOC}

Scarinci & Hollenbeck, LLC   1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com

April 15, 2011
Page 2

Thank you for your courtesies and attention to this matter.

Respectfully submitted.

*s/ Robert E. Levy*

ROBERT E. LEVY
For the Firm
REL/aka

cc:   Adam J. Kleinfeldt, Esq. – via electronic filing only
      Charles J. Sciarra, Esq. – via electronic mail only
      Arthur R. Thibault, Jr., Esq. – via electronic filing
      Aileen F. Droughton, Esq. – via electronic filing
      Anthony J. Zarillo, Jr, Esq. – via electronic filing
      Gary Potters, Esq. – via electronic filing
      Jeffrey W. Dillon, Esq. – via electronic filing
      Meryl Lieberman, Esq. – via electronic mail only
      Copernicus Gaza, Esq. – via electronic mail only
      Lahr, Gregory, Esq. – via electronic mail only
      Stephen Tyler, Esq. – via electronic mail only
      James Renner, Esq. – via electronic mail only
      Mark Tabakin, Esq. – via electronic mail only