## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN PANTOJA | : |
| Plaintiff | : Civil Action No. 07-5113(SRC) |
| v. | : |
| CITY OF HOBOKEN, et al. | : |
| Defendants | : |
| GARDEN STATE MUNICIPAL JOINT INSURANCE FUND, | : |
| Plaintiff, | : Civil Action No. 10-2036 (KSH) |
| v. | : |
| ACE ILLINOIS UNION INSURANCE COMPANY, ET AL., | : |
| Defendants. | : |

### ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letters dated April 12, 2011, April 15, 2011 and April 18, 2011 regarding the status of the execution of the settlement agreement;

and the Court having conducted a telephone conference on the record on April 20, 2011;

and the Court having considered the positions of counsel of record, Mr. Andriani, and Gerald Miller, Esq., one of Mr. Andriani's attorneys;

and for the reasons discussed on the record on April 20, 2011;

IT IS ON THIS 20th day of April, 2011

ORDERED that Mr. Adriani shall mail the fully executed settlement agreement to Mr. Sciarra and ensure that it bears a postmark/express mail mark of no later than **April 21, 2011**;

IT IS FURTHER ORDERED that Mr. Sciarra shall provide the executed settlement agreement to Mr. Levy;

IT IS FURTHER ORDERED that Mr. Levy shall file a letter setting for the date he received the settlement agreement from Mr. Sciarra and the date on which the settlement will be presented for a vote by the municipal body;

IT IS FURTHER ORDERED that if the settlement agreement is not provided to Mr. Levy before May 10, 2011, then no later than **May 13, 2011**, the plaintiffs may make a motion to enforce the settlement;

IT IS FURTHER ORDERED that the Pantoja plaintiffs shall provide Mr. Levy with the fruits of the child support searches no later than **April 21, 2011**; and

IT IS FURTHER ORDERED that the Pantoja plaintiffs' request that the Court modify the date on which the ninety day payment period begins to run is denied.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**