# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

ROBERT E. LEVY, Partner
Certified Civil and Criminal Trial Attorney
rlevy@scarincihollenbeck.com
Direct Phone: 201-623-1202   Direct Fax: 201-806-3495

April 25, 2011

*VIA ELECTRONIC FILING AND REGULAR MAIL*

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg & Cthse.
50 Walnut Street
Newark, NJ 07102

Hon. Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Frank R. Lautenberg United States Post Office
and Courthouse Building, Room 477
P.O. Box 999
Newark, NJ 07101

Re:  **Pantoja v. City of Hoboken, et al.**
     **Civil Action No.: 07-5113**
     **Our File No. 10324.6000**

     **GSMJIF, et al. v. Ace Illinois Union Insurance, et al.**
     **Civil Action No. 10-2036 (KSH)**

Dear Magistrate Shipp and Magistrate Shwartz:

Pursuant to the April 20, 2011 Order of the Hon. Patty Shwartz, U.S.M.J., please be advised that on April 22, 2011, my office received the Settlement Agreement executed by Mr. Andriani. The Agreement will be forwarded today to the City of Hoboken to be placed on the Agenda for the May 4, 2011 Hoboken Council meeting.

{00618465.DOC}

Scarinci & Hollenbeck, LLC   1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com

April 25, 2011
Page 2

Thank you for your courtesies and attention to this matter.

Respectfully submitted.

*s/ Robert E. Levy*

ROBERT E. LEVY
For the Firm
REL/aka

cc: Adam J. Kleinfeldt, Esq. – via electronic filing only
Charles J. Sciarra, Esq. – via electronic mail only
Arthur R. Thibault, Jr., Esq. – via electronic filing
Aileen F. Droughton, Esq. – via electronic filing
Anthony J. Zarillo, Jr, Esq. – via electronic filing
Gary Potters, Esq. – via electronic filing
Jeffrey W. Dillon, Esq. – via electronic filing
Meryl Lieberman, Esq. – via electronic mail only
Copernicus Gaza, Esq. – via electronic mail only
Lahr, Gregory, Esq. – via electronic mail only
Stephen Tyler, Esq. – via electronic mail only
James Renner, Esq. – via electronic mail only
Mark Tabakin, Esq. – via electronic mail only

{00618465.DOC}

**SCARINCI HOLLENBECK**