# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

ROBERT E. LEVY, Partner
Certified Civil and Criminal Trial Attorney
rlevy@scarincihollenbeck.com
Direct Phone: 201-623-1202   Direct Fax: 201-806-3495

May 3, 2011

*VIA ELECTRONIC FILING AND REGULAR MAIL*

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg & Cthse.
50 Walnut Street
Newark, NJ 07102

Hon. Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Frank R. Lautenberg United States Post Office
and Courthouse Building, Room 477
P.O. Box 999
Newark, NJ 07101

Re:   **Pantoja v. City of Hoboken, et al.**
      Civil Action No.: 07-5113
      Our File No. 10324.6000

      **GSMJIF, et al. v. Ace Illinois Union Insurance, et al.**
      Civil Action No. 10-2036 (KSH)

Dear Magistrate Shipp and Magistrate Shwartz:

Last evening I was advised by the City of Hoboken that, because of various scheduling reasons, that it was unlikely that the Council would vote on the Pantoja v. Hoboken Settlement Agreement on Wednesday, May 4, 2011. It was requested that the vote be moved to the May 18, 2011, Council meeting.

I telephoned Plaintiffs' attorney, Adam Kleinfeldt, Esq. who, after discussions with his clients, advised me that he does not object to the vote being moved as long as I could assure him that it would be placed on the May 18, 2011 agenda. I have confirmed with him that it will be placed on the May 18, 2011 agenda for a vote.

{00619760.DOC}

Accordingly, Council's action on the Settlement Agreement, will take place on May 18, 2011.

Respectfully submitted.

*s/ Robert E. Levy*

ROBERT E. LEVY
For the Firm
REL/aka

cc:     Adam J. Kleinfeldt, Esq. – via electronic filing only
        Charles J. Sciarra, Esq. – via electronic mail only
        Arthur R. Thibault, Jr., Esq. – via electronic filing
        Aileen F. Droughton, Esq. – via electronic filing
        Anthony J. Zarillo, Jr, Esq. – via electronic filing
        Gary Potters, Esq. – via electronic filing
        Jeffrey W. Dillon, Esq. – via electronic filing
        Meryl Lieberman, Esq. – via electronic mail only
        Copernicus Gaza, Esq. – via electronic mail only
        Lahr, Gregory, Esq. – via electronic mail only
        Stephen Tyler, Esq. – via electronic mail only
        James Renner, Esq. – via electronic mail only
        Mark Tabakin, Esq. – via electronic mail only