# Ginarte O'Dwyer González Gallardo & Winograd LLP

JOSEPH A. GINARTE ✴
JOHN D. O'DWYER
RICHARD M. WINOGRAD 1 ☐
MANUEL GONZALEZ
MICHAEL A. GALLARDO ☐
BARRY D. WEIN
ELLEN RADIN 2
ALON SOLON ☐
WALTER J. CURTIS
MARK MAURER ☐
ADAM J. KLEINFELDT ☐ 2
LEWIS ROSENBERG ◊ 2
ANTONIO L. CRUZ 2
CHRISTOPHER PEREZ ☐
CHAREN KIM +
THAILARY LIM +
STUART L. KITCHNER +
MATTHEW S. SCHOEN ☐
REX ZACHOFSKY + 2
MOISES APSAN ☐ 2
JESUS J. PEÑA 2

ATTORNEYS AT LAW
GINARTE PROFESSIONAL BUILDING
400 MARKET STREET
NEWARK, NJ 07105

**Direct Dial**

(973) 854-8491

FAX: (973) 585-2685

WWW.GINARTE.COM

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY

1 CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
2 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✴ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA

ROGER GUARDA

CLAIMS MGR.

May 25, 2011

The Honorable Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Lautenberg U.S. P.O. & Cthse. Building
Room 477
P.O. Box 999
Newark, New Jersey 07101

The Honorable Michael Shipp, U.S.M.J.
US District Court, District of New Jersey
Lautenberg U.S. P.O. & Cthse. Building
Room 477
P.O. Box 999
Newark, New Jersey 07101

RE: **Pantoja, et al. v. City of Hoboken, et al.**
Civil Action No.: 07-5113

**GSMJIF, et al. v. Ace Illinois Insurance Company, et al.**
Civil Action No.: 10-2036 (KSH)

Your Honors:

This firm represents the Plaintiffs in the Pantoja litigation. I write concerning status of settlement in the above-referenced matters.

I am told that the Settlement Agreement between the parties in the Pantoja matter has been approved by the governing body of the City of Hoboken. I am also told by counsel for Hoboken that an executed settlement agreement (executed by the City) is forthcoming. To date, however, I have not received an executed settlement agreement.

Plaintiffs respectfully request that all deadlines in this matter (the dismissal of the complaint) be stayed for a twenty day period, so Plaintiffs can ensure that the matter is not dismissed in the absence of a signed settlement agreement.

Thank you in advance for your attention to this matter.

Respectfully submitted,

GINARTE, O'DWYER, GONZALEZ, GALLARDO
& WINOGRAD, L.L.P.

By: _____
ADAM J. KLEINFELDT, ESQ.

AJK/me

CC:     Charles J. Sciarra, Esq.
        Arthur R. Thibault, Esq.
        Aileen Droughton, Esq.
        Anthony J. Zarillo, Esq.
        Gary Potter, Esq.
        Jeffrey W. Dillon, Esq.
        Meryl Lieberman, Esq.
        Copernicus Gaza, Esq.
        Gregory Lahr, Esq.
        Stephen Tyler, Esq.
        James Renner, Esq.
        Mark Tabakin, Esq.