

# Ginarte O'Dwyer González Gallardo & Winograd LLP.

JOSEPH A. GINARTE ✱
JOHN D. O'DWYER
RICHARD M. WINOGRAD 1☐
MANUEL GONZALEZ
MICHAEL A. GALLARDO ☐
BARRY D. WEIN
ELLEN RADIN 2
ALON SOLON ☐
WALTER J. CURTIS
MARK MAURER ☐
ADAM J. KLEINFELDT ☐ 2
LEWIS ROSENBERG ◊ 2
ANTONIO L. CRUZ 2
CHRISTOPHER PEREZ ☐
CHAREN KIM +
THAILARY LIM +
STUART L. KITCHNER +
MATTHEW S. SCHOEN ☐
REX ZACHOFSKY + 2
MOISES APSAN ☐ 2
JESUS J. PEÑA 2

ATTORNEYS AT LAW
GINARTE PROFESSIONAL BUILDING
400 MARKET STREET
NEWARK, NJ 07105

**Direct Dial**

(973) 854-8491

FAX: (973) 585-2685

WWW.GINARTE.COM

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY

1 CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
2 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✱ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA

ROGER GUARDA

CLAIMS MGR.

May 27, 2011

The Honorable Patty Shwartz, U.S.M.J.
US District Court, District of New Jersey
Lautenberg U.S. P.O. & Cthse. Building
Room 477
P.O. Box 999
Newark, New Jersey 07101

The Honorable Michael Shipp, U.S.M.J.
US District Court, District of New Jersey
Lautenberg U.S. P.O. & Cthse. Building
Room 477
P.O. Box 999
Newark, New Jersey 07101

RE: **Pantoja, et al. v. City of Hoboken, *et al.***
Civil Action No.: 07-5113

**GSMJIF, et al. v. Ace Illinois Insurance Company, *et al.***
Civil Action No.: 10-2036 (KSH)

Your Honors:

This office represents the Plaintiffs in the Pantoja matter. I have received a fully executed settlement agreement in this matter from counsel for the City of Hoboken, and therefore withdraw my prior request to extend all deadlines in this matter.

I have executed and forwarded a stipulation of dismissal to counsel for the defendants.

I thank the Court for its continued courtesies.

Respectfully submitted,

GINARTE, O'DWYER, GONZALEZ, GALLARDO
& WINOGRAD, L.L.P.

By: _____
ADAM J. KLEINFELDT, ESQ.

AJK/me

CC: Charles J. Sciarra, Esq.

Arthur R. Thibault, Esq.
Aileen Droughton, Esq.
Anthony J. Zarillo, Esq.
Gary Potter, Esq.
Jeffrey W. Dillon, Esq.
Meryl Lieberman, Esq.
Copernicus Gaza, Esq.
Gregory Lahr, Esq.
Stephen Tyler, Esq.
James Renner, Esq.
Mark Tabakin, Esq.
Robert Levy, Esq.