**Document Filed Electronically**

GARY POTTERS, ESQ. (GP - 9682)
POTTERS & DELLA PIETRA LLP
100 PASSAIC AVENUE
FAIRFIELD, NEW JERSEY 07004
(973) 575-5240
Attorneys for Plaintiff,
Garden State Municipal Joint Insurance Fund

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARDEN STATE MUNICIPAL JOINT INSURANCE FUND, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-2036(KSH) |
| ACE ILLINOIS UNION INSURANCE COMPANY, T.H.E. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and STATE NATIONAL INSURANCE COMPANY, | : STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |
| Defendants. | : |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed with prejudice and without costs to the parties.

Case 2:10-cv-02036-KSH -PS   Document 56   Filed 06/15/11   Page 2 of 4 PageID: 406

| | |
|---|---|
| POTTERS & DELLA PIETRA LLP<br>100 Passaic Avenue<br>Fairfield, New Jersey  07004<br>Attorneys for Plaintiff,<br>Garden State Municipal Joint<br>Insurance Fund | BEVAN, MOSCA, GIUDITTA &<br>ZARILLO, P.C.<br>222 Mount Airy Road, Suite 200<br>Basking Ridge, New Jersey  07920<br>Attorneys for Defendant,<br>T.H.E. Insurance Company<br>of the State of Pennsylvania |
| By: ___/s/ Gary Potters/___<br>     Gary Potters, Esq.<br>Dated: June 15, 2011 | By: _____<br>     Anthony J. Zarillo, Jr., Esq.<br>Dated: |
| SEDGWICK DETERT MORAN &<br>ARNOLD LLP<br>Attorneys for Defendant,<br>ACE Illinois Union Insurance Company<br>125 Broad Street, 39th Floor<br>New York, New York  10004-2400 | TRAUB LIEBERMAN STRAUS &<br>SHREWSBERRY LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, New York  10532<br>Attorneys for Defendant,<br>State National Insurance Company |
| By: _____<br>     J. Gregory Lahr, Esq.<br>Dated: | By: ___/s/___<br>     Copernicus T. Gaza, Esq.<br>Dated: 25 May 2011 |

SO ORDERED: _____
Honorable Katharine S. Hayden, U.S.D.J.

| | |
|---|---|
| POTTERS & DELLA PIETRA LLP<br>100 Passaic Avenue<br>Fairfield, New Jersey  07004<br>Attorneys for Plaintiff,<br>Garden State Municipal Joint<br>Insurance Fund | BEVAN, MOSCA, GIUDITTA &<br>ZARILLO, P.C.<br>222 Mount Airy Road, Suite 200<br>Basking Ridge, New Jersey  07920<br>Attorneys for Defendant,<br>T.H.E. Insurance Company<br>of the State of Pennsylvania |
| By: _____<br>      Gary Potters, Esq.<br><br>Dated: | By: _____/s/_____<br>      Anthony J. Zarillo, Jr., Esq.<br><br>Dated: May 9, 2011 |
| SEDGWICK DETERT MORAN &<br>ARNOLD LLP<br>Attorneys for Defendant,<br>ACE Illinois Union Insurance Company<br>125 Broad Street, 39th Floor<br>New York, New York  10004-2400 | TRAUB LIEBERMAN STRAUS &<br>SHREWSBERRY LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, New York  10532<br>Attorneys for Defendant,<br>State National Insurance Company |
| By: _____<br>      J. Gregory Lahr, Esq.<br><br>Dated: | By: _____<br>      Copernicus T. Gaza, Esq.<br><br>Dated: |

SO ORDERED:

_____
Honorable Katharine S. Hayden, U.S.D.J.

| | |
|---|---|
| POTTERS & DELLA PIETRA LLP<br>100 Passaic Avenue<br>Fairfield, New Jersey  07004<br>Attorneys for Plaintiff,<br>Garden State Municipal Joint<br>Insurance Fund | BEVAN, MOSCA, GIUDITTA &<br>ZARILLO, P.C.<br>222 Mount Airy Road, Suite 200<br>Basking Ridge, New Jersey  07920<br>Attorneys for Defendant,<br>T.H.E. Insurance Company<br>of the State of Pennsylvania |
| By: _____<br>　　　Gary Potters, Esq.<br><br>Dated: | By: _____<br>　　　Anthony J. Zarillo, Jr., Esq.<br><br>Dated: |
| SEDGWICK DETERT MORAN &<br>ARNOLD LLP<br>Attorneys for Defendant,<br>ACE Illinois Union Insurance Company<br>125 Broad Street, 39th Floor<br>New York, New York  10004-2400 | TRAUB LIEBERMAN STRAUS &<br>SHREWSBERRY LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, New York  10532<br>Attorneys for Defendant,<br>State National Insurance Company |
| By: _____<br>　　　J. Gregory Lahr, Esq.<br><br>Dated: | By: _____<br>　　　Copernicus T. Gaza, Esq.<br><br>Dated: |

SO ORDERED:

_____
Honorable Katharine S. Hayden, U.S.D.J.

2